THE STATE EX REL. JOHNS MANVILLE INTERNATIONAL, INC.,
APPELLANT, *v.* SCHINDLER ET AL., APPELLEES.

[Cite as *State ex rel. Johns Manville Internatl., Inc.
v. Schindler,* 95 Ohio St.3d 326, 2002-Ohio-2223.]

(No. 2001–1400—Submitted April 9, 2002—Decided May 22, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Bugbee & Conkle, Robert L. Solt III and Richard L. Johnson, for appellant.

Gallon & Takacs Co., L.P.A., Theodore A. Bowman and Martha Wilson–Burres, for appellee John A. Schindler.

Betty D. Montgomery, Attorney General, and Jacob Dobres, Assistant Attorney General, for appellee Industrial Commission of Ohio.